

# Memorandum

To:     Judge George O'Toole, Jr.
          US District Judge

From:   Jessica Turkington
          US Probation Officer

Date:    September 13, 2017

Re:      Gagnon, Kelly Jean
          Docket #: 1:15CR10302
          ***Request a Suspension of Modified Special Condition 1***

---

On September 13, 2016, Ms. Gagnon appeared before Your Honor and was sentenced to 17 months imprisonment, to run concurrently with the state sentence she was serving, on count 1ss Use of a Cellular Telephone to Facilitate a Drug Offense. Following release from imprisonment, Ms. Gagnon was to serve 12 months of supervised release. Ms. Gagnon received the following special conditions: to reside for the first 3 months of supervised release in a Residential Reentry Facility (RRC). She was to abide by all rules and regulations of the facility. She was to participate in a mental health treatment program as directed by the Probation Office. She was required to contribute to the costs of services for such treatment based on the ability to pay or availability of third-party payment. She was to participate in a program for substance abuse counseling as directed by the Probation Officer, which program may include testing, not to exceed 104 drug tests per year to determine whether she has reverted to the use of alcohol or drugs. She was required to contribute to the costs of services for such treatment based on the ability to pay or availability of third-party payment. Finally, she was to participate in a vocational services training program, as directed by the Probation Office. Such program may include job readiness training and/or skills development training. The defendant shall be required to contribute to the costs of such programming based on the ability to pay or availability or third-party payment.

On March 22, 2017, Probation requested to modify Ms. Gagnon's conditions to allow her to serve her first three months of supervised release in a sober house in lieu of an RRC. Probation made this request because Ms. Gagnon's home community is Taunton and the RRC is located in Boston. Probation wanted to ensure Ms. Gagnon would start supervision engaged in her home community through NA/AA meetings, mental health services, obtaining employment, and rebuilding the relationship with her family.

On July 27, 2017, Ms. Gagnon released from the Bureau of Prisons and began residing at the sober house located in Taunton. Ms. Gagnon has since obtained employment, attends AA/NA regularly, has obtained a sponsor, has begun the process of obtaining therapy, and has begun to rebuild her relationship with her children and family. Ms. Gagnon's drug tests have been negative.

At this time, Probation respectfully requests the suspension of Ms. Gagnon's modified special condition to reside at a sober house for the first three months of supervision. Ms. Gagnon's mother was the sole caretaker for her children when she was incarcerated and has continued to caretake for the children since Ms. Gagnon's release, while she resides at the sober house. At this time, her mother is hospitalized with a medical condition that may require ongoing hospitalization and surgery. Ms. Gagnon has two children and her daughter has significant cognitive delays that require constant care. With Ms. Gagnon's mother being hospitalized, she has had to coordinate the care of her daughter through neighbors and other supports. Ms. Gagnon has identified this to be extremely burdensome and has requested to return to the family home.

Respectfully submitted by,

/s/ Jessica Turkington
Jessica Turkington
U.S. Probation Officer

Reviewed & Approved by:
/s/ Basil Cronin
Basil F. Cronin
Supervising U.S. Probation Officer

___✓___ Request to suspend modified special condition is Granted

_____ Request to suspend modified special condition is Denied

The Honorable George O'Toole, Jr.
U.S. District Judge

9/20/17

Date